## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| STEVE WILLIAMSON and | ) | |
| RHONDA CHRISTINE LEMASTER, | ) | |
| On Behalf of Themselves and All Others | ) | |
| Similarly Situated, | ) | |
|  | ) | Case No. 15-CV-365-SMY-DGW |
| Plaintiffs, | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| S.A. GEAR COMPANY, INC., | ) | |
| AUTOZONE, INC., | ) | |
| AUTOZONE PARTS, INC., and | ) | |
| AUTOZONE STORES, INC., | ) | |
|  | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiffs' claims against the Defendants are **DISMISSED with prejudice**.  Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  February 15, 2019**

MARGARET M. ROBERTIE, Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

Approved:     s/ Staci M. Yandle_
                       STACI M. YANDLE
                       UNITED STATES DISTRICT JUDGE